IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GLORIA LEVINE, on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>POINTCLICKCARE TECHNOLOGIES USA CORP, dba POINTCLICKCARE,<br><br>Defendant. | **NOTICE FROM THE COURT**<br><br>Case No. 2:25-cv-00730-RJS-DBP<br><br>District Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

On January 29, 2026, Plaintiff filed a Notice of Voluntary Dismissal.[1] Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the dismissal is self-effectuating. The case is dismissed without prejudice with no fees, costs, or expenses awarded as to any party. Defendant's pending Motion to Dismiss[2] is DENIED as moot. No order will follow. The clerk of court is directed to close the case.

SO ORDERED this 29th day of January 2026.

BY THE COURT:

ROBERT J. SHELBY
United States Chief District Judge

[1] Dkt. 35, *Plaintiff's Notice of Voluntary Dismissal*.

[2] Dkt. 28, *Motion to Dismiss Complaint*.